# United States District Court

### SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

## CHANGE OF PLEA/ENTRY OF PLEA MINUTES

Case No. **CR622-002**

United States of America

vs.
**William Britt / 47**
10:00 am - 10:32 am

Defendant/Age

**David Zisserson & Patrick Schwedler**
U. S. Attorney

**Michael Classens**
Attorney for Defendant

- [✔] Plea agreement **(Received).**
- [✔] Defendant Sworn
- [ ] Counsel Waived.
- [ ] Plea agreement previously filed.
- [✔] Arraigned and plead **Guilty** to count(s) **One**.
- [ ] Plea of not guilty withdrawn and plea of _____ entered as to count(s) _____ of the indictment. **by proffer**
- [✔] Factual basis **Established.** **Oral.** **Plea Accepted** Witness for factual basis _____.
- [✔] Adjudication of guilt **Made.**
- [✔] Referred to probation office for pre-sentence investigation **Yes.**
- [✔] Sentencing Scheduled for **a later date** at _____.
- [✔] Bond Continued **No.**   Bond modified to _____.
  Bond set at **30,000**   **unsecure**
- [ ] Bond not made defendant in jail.
- [ ] Defendant remanded to custody of United States Marshal.

Honorable **J. Randal Hall, U. S. District Court Judge**   Date **April 13, 2022**

Court Reporter   **Lisa Davenport**   Probation Officer **Katie Massey**

Courtroom Deputy Clerk   **Lisa Widener**   U.S. Marshal